**Electronically Filed
Supreme Court
SCWC-20-0000446
10-MAR-2022
07:53 AM
Dkt. 10 ODAC**

SCWC-20-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RICARDO STANLEY NEWCOMB, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000446; CR. NO. 1CPC-19-0000200)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on January 31, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 10, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

